**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARK COUNTY SCHOOL DISTRICT,<br><br>    Plaintiff(s),<br><br>v.<br><br>THE TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendant(s). | 2:13-CV-1100 JCM (PAL) |

**ORDER**

   Presently before the court is plaintiff Clark County School District's motion for partial summary judgment. (Doc. # 26). On March 25, 2014, Magistrate Judge Leen ordered that this case be stayed for sixty days. (Doc. # 27). Therefore, the instant motion will be denied without prejudice. Plaintiff will be given leave to re-file this motion following the stay if it so chooses.

   Accordingly,

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for partial summary judgment (doc. # 26) is DENIED without prejudice.

   DATED April 17, 2014.

              _James C. Mahan_

          **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**