UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLARK COUNTY SCHOOL DISTRICT,<br><br>Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant. | Case No. 2:13-cv-01100-JCM-PAL<br><br>ORDER<br><br>(Emg Mot Clarification – Dkt. #38) |

Before the court is Defendant Travelers Casualty and Surety Company of America's Emergency Motion for Clarification of Response Deadline (Dkt. #38). Defendant is seeking clarification of whether the response deadline to Plaintiff's motion for summary judgment falls on the CM/ECF-generated date of Sunday, November 2, 2014, or on the deadline established by Rule 6 of the Federal Rules of Civil Procedure. Rule 6 provides that when a calculated deadline falls on a weekend or holiday, it is extended to the next business day.

The deadline generated by CM/ECF is an automatically computer-generated calculation which does not consider the day on which the deadline falls. Counsel is responsible determining the deadlines for responses and replies applying the appropriate Federal Rules of Civil Procedure and Local Rules of Practice, and may not rely on the computer generated deadline provided by CM/ECF.

Accordingly,

**IT IS ORDERED** Defendant's Emergency Motion for Clarification is **GRANTED** to the extent counsel is directed to apply the appropriate Federal Rule of Civil Procedure and the

/ / /

/ / /

1

1  Local Rules of Practice in calculating response and reply deadlines, and may not rely on the
2  automatically computer-generated CM/ECF deadlines.
3       DATED this 24th day of October, 2014.

```
                                            _____
                                            PEGGY A. LEEN
                                            UNITED STATES MAGISTRATE JUDGE
```