UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLARK COUNTY SCHOOL DISTRICT,<br><br>                              Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>                              Defendant. | Case No. 2:13-cv-01100-JCM-PAL<br><br>ORDER<br><br>(Emg Mot Prot Ord – Dkt. #95) |

Before the court is Travelers Casualty and Surety Company of America's Emergency Motion for Protective Order Limiting the Deposition of the Person Most Knowledgeable for Travelers Casualty and Surety Company of America (Dkt. #95) filed July 6, 2015.

Upon review of the motion, the court will require the Plaintiff to respond to the motion no later than July 20, 2015, and enter a temporary protective order precluding the deposition from going forward on July 22, 2015, pending a decision on the merits at a hearing scheduled for July 28, 2015. Accordingly,

**IT IS ORDERED** that:

1. Plaintif Clark County School District's response to the Emergency Motion (Dkt. #95) shall be filed no later than **July 22, 2015.**

2. A hearing on the Emergency Motion for Protective Order (Dkt. #95) is scheduled for **July 28, 2015, at 11:00 a.m., in Courtroom 3B.**

/ / /

/ / /

/ / /

1

3. A temporary protective order is entered precluding the deposition of the Person Most Knowledgeable for Travelers from going forward on July 22, 2015, pending the hearing on July 28, 2015.

DATED this 14th day of July, 2015.

                                                PEGGY A. LEEN
                                                UNITED STATES MAGISTRATE JUDGE