1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CLARK COUNTY SCHOOL DISTRICT,

Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

Defendant.

Case No. 2:13-cv-01100-JCM-PAL

ORDER

(Countermot to Continue – Dkt. #83)

Before the court is Defendant's Countermotion for Continuance of Clark County School District's Motion to Strike Affirmative Defense (Dkt. #83).  At a hearing held on June 30, 2015, the court heard arguments on Defendant's Motion to Determine Sufficiency (Dkt. #79) and Motion to Strike (Dkt. #80).  The current motion is a response to Plaintiff's motion to strike affirmative defense and requests relief, in the alternative, for an extension of time.  At the June 30, 2015 hearing, the court denied Plaintiff's Motion to Strike (Dkt. #80).  Accordingly,

**IT IS ORDERED** that the Countermotion for Continuance (Dkt. #83) is **DENIED as moot.**

DATED this 17th day of July, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE