1   David R. Johnson
    Nevada Bar No. 006696
2   Jared M. Sechrist
    Nevada Bar No. 10439
3   WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
    6325 South Rainbow Blvd, Suite 110
4   Las Vegas, NV  89118
    Telephone:     702-789-3100
5   Facsimile:     702-822-2650

6   Attorneys for
    Travelers Casualty and Surety Company of America
7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  CLARK COUNTY SCHOOL DISTRICT, a        CASE NO.: 2:13-cv-01100-JCM-PAL
    political subdivision of the State of Nevada,

12                    Plaintiff,           **STIPULATION AND ORDER FOR**
                                           **EXTENSION OF TIME FOR**
13  vs.                                    **TRAVELERS CASUALTY AND**
                                           **SURETY COMPANY OF AMERICA TO**
14  TRAVELERS CASUALTY AND SURETY          **RESPOND TO CLARK COUNTY**
    COMPANY OF AMERICA, a Connecticut      **SCHOOL DISTRICT'S TWO (2)**
15  corporation,                           **MOTIONS FOR PARTIAL SUMMARY**
                                           **JUDGMENTS (Dkt. Nos. 112 and 113)**
16                    Defendant.           **AND MOTION IN LIMINE (Dkt. No. 114)**

17

18  AND RELATED COUNTERCLAIM

19

20          Plaintiff Clark County School District ("CCSD") and Defendant Travelers Casualty and

21  Surety Company of America ("Travelers") (collectively, "Parties"), by and through their

22  respective counsel, stipulate and agree to a ten (10) day extension to respond to the following

23  CCSD motions:

24          WHEREAS:

25          1.      On October 19, 2015, CCSD filed a Motion for Partial Summary Judgment for

26  Determination of a Major Legal Issue [that Travelers has No Claim for Delay on Each School

27  Unless BTM Satisfied the Requirement to Give Notice of Delay Claims as they Arose] (Dkt. No.

28  112).  Travelers' response to the Motion is currently due on November 12, 2015.

    9950242.1 102370.00004

2.     CCSD and Travelers agree that Travelers shall have up to and including November 23, 2015, on which to file a response to the Motion for Partial Summary Judgment for Determination of a Major Legal Issue (Dkt No. 112).

3.     On October 19, 2015, CCSD filed a Motion for Partial Summary Judgment on Travelers' Wrongful Termination Counterclaim (Dkt. No. 113).   Travelers' response to the Motion is currently due on November 12, 2015.

4.     CCSD and Travelers agree that Travelers shall have up to and including November 23, 2015, on which to file a response to the Motion for Partial Summary Judgment on Travelers' Wrongful Termination Counterclaim (Dkt No. 113).

5.     On October 19, 2015, CCSD filed a Motion in Limine to Preclude Travelers' from Introducing Evidence on All Topics on Which Travelers' FRCP 30(b)(6) Designee was Unable to Provide Answers in His Deposition (Dkt. No. 114).   Travelers' response to the Motion is currently due on November 5, 2015.

6.     CCSD and Travelers agree that Travelers shall have up to and including November 16, 2015, on which to file a response to the Motion in Limine (Dkt No. 114).

DATED this 3rd day of November, 2015.

| WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. | KOLESAR & LEATHAM |
|---|---|
| /s/ David R. Johnson | /s/ Colby L. Balkenbush |
| David R. Johnson, Esq.<br>Nevada Bar No. 6696<br>Jared M. Sechrist, Esq.<br>Nevada Bar No. 10439<br>6325 South Rainbow Boulevard, Suite 110<br>Las Vegas, NV 89118 | Alan J. Lefebvre, Esq.<br>Nevada Bar No. 848<br>Colby L. Balkenbush, Esq.<br>Nevada Bar No. 13066<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145 |
| Attorneys for<br>Travelers Casualty and Surety Company of America | Attorneys for<br>Clark County School District |

////

////

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the above Stipulation of the Parties, the Court hereby ORDERS that Travelers shall have up to and including November 23, 2015 to respond to CCSD's Motions for Partial Summary Judgment (Dkt Nos. 112 and 113) and shall have up to and including November 16, 2015 to respond to CCSD's Motion in Limine (Dkt. No. 114).

IT IS SO ORDERED this  4th  day of November, 2015.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I declare I am a citizen of the United States and employed in Clark County, Nevada.  I am over the age of eighteen years and not a party to the within-entitled action. On November 3, 2014, I served a copy of the foregoing document:

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA TO RESPOND TO CLARK COUNTY SCHOOL DISTRICT'S TWO (2) MOTIONS FOR PARTIAL SUMMARY JUDGMENTS (Dkt. Nos. 112 and 113) AND MOTION IN LIMINE (Dkt. No. 114)**

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☐     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Las Vegas, Nevada addressed as set forth below.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒     by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth in the **E-Service Master List** for the above-entitled case.

Alan J. Lefebvre, Esq.
Colby Balkenbush, Esq.
Kolesar & Leatham
400 South Rampart Blvd., Ste. 400
Las Vegas, NV 89145
*Attorneys for Plaintiff*

Executed on November 3, 2014.

/s/ Jennifer MacDonald
An Employee of Watt, Tieder, Hoffar & Fitzgerald, LLP