| | |
|---|---|
| 1 | ALAN J. LEFEBVRE, ESQ. |
| | Nevada Bar No. 000848 |
| 2 | WILLIAM D. SCHULLER, ESQ. |
| | Nevada Bar No. 011271 |
| 3 | COLBY L. BALKENBUSH, ESQ. |
| | Nevada Bar No. 013066 |
| 4 | **KOLESAR & LEATHAM** |
| | 400 South Rampart Boulevard, Suite 400 |
| 5 | Las Vegas, Nevada 89145 |
| | Telephone: (702) 362-7800 |
| 6 | Facsimile: (702) 362-9472 |
| 7 | E-Mail:  alefebvre@klnevada.com |
| |          wschuller@klnevada.com |
| 8 |          cbalkenbush@klnevada.com |
| 9 | Attorneys for Plaintiff, |
| | CLARK COUNTY SCHOOL DISTRICT |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, | CASE NO. 2:13-cv-01100-JCM-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CLARK COUNTY SCHOOL DISTRICT TO RESPOND TO TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S OPPOSITION [Doc. 117 & Doc. 118] TO CLARK COUNTY SCHOOL DISTRICT'S MOTION IN LIMINE [Doc. 114]** |
| vs. | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | |
| Defendant. | |

Plaintiff Clark County School District ("CCSD") and Defendant Travelers Casualty and Surety Company of America ("Travelers") (collectively, "Parties"), by and through their respective counsel, stipulate and agree to a four (4) day extension to respond to the following Travelers motion:

WHEREAS:

1. On October, 19, 2015, CCSD filed a Motion in Limine to Preclude Travelers from Introducing Evidence on All Topics on which Travelers' FRCP 30(b)(6) Designee was unable to Provide Answers in his Deposition [Doc. 114].

2. On November 16, 2015, Travelers filed an Opposition to Clark County School District's Motion in Limine to Preclude Travelers from Introducing Evidence on All Topics on which Travelers' FRCP 30(b)(6) Designee was unable to Provide Answers in his Deposition [Doc. 117 & Doc. 118]. CCSD's reply is currently due on November 30, 2015.

3. CCSD and Travelers agree that CCSD shall have up to and including December 4, 2015, on which to file a reply to Travelers' Opposition [Doc. 117 & Doc. 118] to Clark County School District's Motion in Limine to Preclude Travelers from Introducing Evidence on All Topics on which Travelers' FRCP 30(b)(6) Designee was unable to Provide Answers in his Deposition [Doc. 114].

DATED this 20th day of November, 2015.

**KOLESAR & LEATHAM**

By */s/ Colby L. Balkenbush, Esq.*
  ALAN J. LEFEBVRE, ESQ.
  COLBY L. BALKENBUSH, ESQ.
  400 South Rampart Blvd., Suite 400
  Las Vegas, NV  89145

Attorneys for Plaintiff

DATED this 20th day of November, 2015.

**WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.**

By */s/ David R. Johnson, Esq.*
  DAVID R. JOHNSON, ESQ.
  JARED SECHRIST, ESQ.
  6325 South Rainbow Blvd., Suite 110
  Las Vegas, NV  89118

Attorneys for Defendant

### ORDER

Pursuant to the above Stipulation of the Parties, the Court hereby ORDERS that CCSD shall have up to and including December 4, 2015, to respond to Travelers' Opposition [Doc. 117 & Doc. 118] to Clark County School District's Motion in Limine to Preclude Travelers from Introducing Evidence on All Topics on which Travelers' FRCP 30(b)(6) Designee was unable to Provide Answers in his Deposition (Doc. 118).

IT IS SO ORDERED  November 23, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE